Jeffrey A. Cogan, Esq.
JEFFREY A. COGAN CHARTERED, a PLLC
1057 Whitney Ranch Drive, Suite 350
Henderson, Nevada  89014-3191
Telephone: (702) 474-4220
Facsimile: (702)474-4228
Email: jeffrey@jeffreycogan.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **KELLY USANOVIC,** individually and on behalf of all others similarly situated,<br><br>   *Plaintiff,*<br><br>*v.*<br><br>**AMERICANA, L.L.C.** a Nevada company,<br><br>   *Defendant.* | Case No.<br><br>**CLASS ACTION COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

## CLASS ACTION COMPLAINT

Plaintiff Kelly Usanovic ("Plaintiff Usanovic" or "Usanovic") brings this Class Action Complaint and Demand for Jury Trial against Defendant Americana, LLC d/b/a Berkshire Hathaway HomeServices Nevada Properties ("Defendant" or "BHHS") to stop Defendant from violating the Telephone Consumer Protection Act ("TCPA") by directing, apparently authorizing, ratifying, and/or negligently supervising their agents' violations of the Telephone Consumer Protection Act by making cold calls to consumers who are registered on the National Do Not Call Registry ("DNC"), and to consumers who were called after demanding the calls to stop. Plaintiff also seeks injunctive and monetary relief for all persons injured by Defendant's conduct. Plaintiff Usanovic, for this Complaint, alleges as follows upon personal knowledge as to herself and her own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by her attorneys.

This case specifically addresses a consumer's right to be left alone from intrusive calls from realtors soliciting their services at the behest of their brokerage. Defendant BHHS trains their real estate agents to make cold calls to expired listings to generate listings for its own benefit.

## PARTIES

1.      Plaintiff Kelly Usanovic is a resident of Las Vegas, Nevada.

2.      Defendant BHHS is a Nevada registered company headquartered in Henderson, Nevada. Defendant BHHS conducts business throughout this District and other parts of the U.S.

## JURISDICTION AND VENUE

3.      This Court has federal question subject matter jurisdiction over this action under 28 U.S.C. § 1331, as the action arises under the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA").

4.      This Court has personal jurisdiction over the Defendant because Defendant is located in this District and because the wrongful conduct giving rise to this case was directed by the Defendant from this District. In addition, Plaintiff also resides in this District.

## INTRODUCTION

5.      As the Supreme Court explained at the end of its term this year, "Americans passionately disagree about many things. But they are largely united in their disdain for robocalls. The Federal Government receives a staggering number of complaints about robocalls—3.7 million complaints in 2019 alone. The States likewise field a constant barrage of complaints. For nearly 30 years, the people's representatives in Congress have been fighting back." *Barr v. Am. Ass'n of Political Consultants*, No. 19-631, 2020 U.S. LEXIS 3544, at *5 (U.S. July 6, 2020).

6.      The National Do Not Call Registry allows consumers to register their telephone numbers and thereby indicate their desire not to receive telephone solicitations at those numbers. *See* 47 C.F.R. § 64.1200©(2).

7.     A listing on the Registry "must be honored indefinitely, or until the registration is cancelled by the consumer or the telephone number is removed by the database administrator." *Id*.

8.     When Congress enacted the TCPA in 1991, it found that telemarketers called more than 18 million Americans every day. 105 Stat. 2394 at § 2(3).

9.     By 2003, due to more powerful autodialing technology, telemarketers were calling 104 million Americans every day. In re Rules and Regulations Implementing the TCPA of 1991, 18 FCC Rcd. 14014, ¶¶ 2, 8 (2003).

10.     The problems Congress identified when it enacted the TCPA have only grown exponentially in recent years.

11.     According to online robocall tracking service "YouMail," 4.3 billion robocalls were placed in February 2023 alone, at a rate of 154.6 million calls per day. www.robocallindex.com (last visited March 19, 2023).

12.     The FCC also has received an increasing number of complaints about unwanted calls, with 150,000 complaints in 2016, 185,000 complaints in 2017, and 232,000 complaints in 2018. FCC, Consumer Complaint Data Center, www.fcc.gov/consumer-help-center-data.

13.     "Robocalls and telemarketing calls are currently the number one source of consumer complaints at the FCC." Tom Wheeler, *Cutting off Robocalls* (July 22, 2016), statement of FCC chairman.[1]

14.     "The FTC receives more complains about unwanted calls than all other complaints combined." Staff of the Federal Trade Commission's Bureau of Consumer Protection, *In re Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991,* Notice of Proposed Rulemaking, CG Docket No. 02-278, at 2 (2016).[2]

---

[1] https://www.fcc.gov/news-events/blog/2016/07/22/cutting-robocalls
[2] https://www.ftc.gov/system/files/documents/advocacy_documents/comment-staff-ftc-bureau-consumer-protection-federal-communications-commission-rules-regulations/160616robocallscomment.pdf

**COMMON ALLEGATIONS**

15.     Defendant Americana L.L.C. operates using the trade name Berkshire Hathaway HomeServices Nevada Properties ("BHHS").[3]

16.     Defendant BHHS operates a full-service real estate company that services consumers in buying/selling properties.[4]

17.     Defendant BHHS through its owner Mark Stark and its trainer Rick Berube train and coach its real estate agents, whether the agents are new to real estate or already experienced, providing live classes, webinars, on-demand video content and podcasts.

> **[3] Committed to real estate education**
>
> Our training and coaching programs provide quality education for both experienced and new real estate professionals, offering a full schedule of live classes, webinars, on-demand video content, and podcasts.[5]

**Defendant BHHS Endorses and Trains Its Real Estate Agents To Generate Business Through Placing Cold Calls to Consumers**

18.     Defendant BHHS trains its real estate agents to place unsolicited calls to consumers who had listed a property with a different real estate brokerage but for whom the property did not sell and the agent listing expired. In the real estate business, these properties are referred to as expired listings:

---

[3] https://www.leg.state.nv.us/App/NELIS/REL/78th2015/ExhibitDocument/OpenExhibitDocumen t?exhibitId=10939&fileDownloadName=SB224

[4] https://www.linkedin.com/company/berkshire-hathaway-homeservices-nevada-properties/about/

[5] https://www.bhhsnv.com/career-opportunity

Article 16 of the *Code of Ethics of the National Association of Realtors®* states:

"Realtors® shall not engage in any practice or take any action inconsistent with exclusive representation or exclusive brokerage relationship agreements that other Realtors® have with clients."

Under the Bright MLS Rules & Regulations, "Expired" or "Cancelled" status means that there is no longer an active brokerage agreement/listing contract with the seller. Therefore, the seller may be contacted without a potential violation of Article 16. However, "Withdrawn" status means that "the listing has [6]

19.     Placing a call to a consumer with an expired listing is a cold call. In most cases, such as with Plaintiff, the consumer with the expired listing has never provided consent to be called by a different real estate agent or brokerage. If the consumer has listed their phone number on the DNC and is called twice, then the brokerage has violated the TCPA.

20.     Defendant BHHS trains its real estate agents to place calls to consumers with expired listings to drum up business, as is evidenced by its numerous training videos to its agents by its CEO Mark Stark and trainer Rick Berube.

21.     Mark Stark is the CEO of Defendant BHHS:



**Mark Stark** · 2nd
CEO/Owner at Berkshire Hathaway HomeServices Arizona/California/Nevada Properties
Las Vegas Metropolitan Area · Contact info
500+ connections

Berkshire Hathaway HomeServices Arizona/California/Nevada Properties

UNLV [7]

---

[6] https://www.nvar.com/realtors/laws-ethics/legal-blog/what-realtors-need-to-know-about-expired-or-cancelled-listings#:~:text=Under%20the%20Bright%20MLS%20Rules,potential%20violation%20of%20Article%2016.

[7] https://www.linkedin.com/in/mark-stark-bhhs/

22.     Stark regularly gives training classes including online training on Defendant's own Youtube page to their agents, where he trains and promotes to his real estate agents to place cold calls to consumers with expired listings. Defendant's BHHS YouTube page states that "Real Estate training tips and motivation coaching for today's modern real estate agent looking to take their business to the next level….Watch these real estate videos by Mark Stark the CEO and owner of these successful companies and see how you can improve your real estate skills and motivate yourself to move your business forward."



23.     For example: In this video, "Real Estate Training – Appointment Setting,"[8] posted both on MyRE.TV, a training hub used by BHHS and on the BHHS Youtube channel for Nevada,[9] Stark provides training stating, "Alright, let's jump right into expired listings today."[10] He then explains why a real estate agent should pursue a consumer with an expired listing stating, "If they're an expired listing, you know that they were okay with working with a real estate firm. We know this and we know potentially they're interested in selling their house.

[8] https://www.youtube.com/watch?v=X0WRnCPCWS8
[9] https://www.youtube.com/@bhhsnevada
[10] Id. – 2 minutes, 3 seconds

Maybe their motivation isn't there yet, we'll find that out… ***You gotta follow up, you got to talk to them again.***"[11] (emphasis added)

24.     As part of Stark's real estate training, he often explains the strategies he used personally as a real estate agent to generate business before managing other agents at his brokerage, including his focus on cold calling, including pursuing consumers with an expired listing:



In this video, Stark states, "My main ways of driving business was just that. It was door-knocking, was number one, for sale by owners and expired listings, and then over time I would build my sphere… ***but my main focus*** was door-knocking, for sale by owners, and ***expired listings***."[14] (emphasis added)

[11] Id. – 5 minutes, 7 seconds
[12] https://www.youtube.com/watch?v=7iUYsMSHcaA
[13] http://myre.tv/?s=what+great+agents+do
[14] Id. – 11 minutes, 19 seconds

25.     In another video, entitled – "Tips For Living A More Productive And Fulfilled Life",[15] [16] Stark states, "My chosen way of meeting people was for sale by owners, expired listings and door knocking. That's what I enjoy."[17]

26.     Rick Berube is the VP of Sales for BHHS:



27.     Berube provides regular training to BHHS' real estate agents throughout Arizona, California and Nevada, where Berube resides. He also provides many training videos and training information through his Facebook page where in the Intro he states "VP of Sales for Berkshire Hathaway AZ, CA, & NV."[19]

28.     A significant part of Berube's training includes placing cold calls to consumers with expired property listings. In fact, Berube specifically tells BHHS real estate agents to call these consumers:

---

[15] https://www.youtube.com/watch?v=Hg4Z6wMYzjI
[16] http://myre.tv/?s=tips+for+living
[17] Id. – 3 minutes, 58 seconds
[18] https://www.linkedin.com/in/rick-berube-2a753257/
[19] https://www.facebook.com/profile/100009179853436



20

29.     In the above video, which Berube posted on TikKok and his Facebook page, Berube states, "Hey, it's the first of September today. Expired explosion day. There's a whole bunch of expired's today. ***Go out and call them. If you've never called an expired before, it's a perfect time to start.*** Okay? And you know ***what's really good right now are the older expired's***. Like the first 6 months of the year. The ones that haven't relisted yet. ***That's a great group to call as well***. Get out there and prospect."[21] (emphasis added)

30.     Berube gives ongoing and specific training regarding placing calls to consumers with expired listings. For example, in April of 2022 Berube posted a training video on his YouTube channel entitled – "Take Control of Your Business."[22] In this video, Berube states, "I've decided in 2022 to be in control of my business and my life. I have to be. In order for that

[20] https://www.facebook.com/profile/100009179853436/search/?q=expired
[21] Id.
[22] https://www.youtube.com/watch?v=k8crce5tk7o

to happen, I have to be in control of my schedule. Which goes to **my 5 lead sources** which are your sphere, ***expireds***, for sale by owners, farming or just listed, just sold. Whatever you want to call it and social media."[23] He then states later in the video, "Next one is expired listings. ***Expired listing is a tremendous source. Every one of you should be calling them.*** Especially the people in your area. You can call your farming area, you can call it whatever you want, but you should be checking in and I like the old ones, especially, you know, that expired 2 or 3 years ago that are still on the market…"[24] (emphasis added)

31.　　In an interview on Defendant's Youtube channel between Defendant's CEO Mark Stark and special guest Allan Dalton (the Senior VP of Berkshire Hathaway Home Services), Allan Dalton teaches to Defendant's agents: "the phone is a game, relax, it's a joke. It can make you a fortune anytime. But you have to be scripted, you have to know what you are going to say. So let me give you what you should say, and ***you will get every single expired listing you ever call.*** Here's how you call. Someone answers [and you say] Allan Dalton from Berkshire Hathaway Home Services…I specialize in selling homes that haven't been sold but I believe should have been sold. Has anyone told you exactly why your home did not sell? Well, there is only one reason a home doesn't sell in Las Vegas and that's because of ineffective marketing….***In other words, you could make so much money if you call every single expired and work a big region.***"[25] (emphasis added.)

32.　　CEO Mark Stark in his training on being authentic admits "One tip that I've used, especially when I was dealing with expired listings, is I call it exaggerating the question."[26]

33.　　CEO Mark Stark on his training "What Do You DO When What You Have Always Done Stops Working" states "You might add calling *old* expired listings when you have really only been focusing on new."[27]

---

[23] Id. – 4 minutes, 35 seconds
[24] Id. – 6 minutes, 52 seconds
[25] https://www.youtube.com/watch?v=0UrN6Aa9bJU&t=2557s – 42 mins
[26] https://www.youtube.com/watch?v=2cpSzybWn1s&t=92s
[27] https://www.youtube.com/watch?v=5c9Re2qJhbk&t=179s

34.     Later in that video Mark Stark states "But please don't <u>not</u> go after the #1 line of opportunity and that is expired listings and for sale by owners."[28] Stark continues "I would say, is those [expired listings and for sale by owners] should be the first opportunity you should hit in any area and you should really keep a close eye on those for sale by owner and expired listings. And if you need help on what to say and how to present yourself, our management and training is there to help you."[29]

35.     Mark Stark even provides detailed scripts and step-by-step processes for his agents to talk to expireds. "Rule #1: Immediately get them talking about themselves and their home….as soon as you see the opportunity, then jump in to set that appointment.[30]

36.     In a promotional video by Defendant titled "Success Center for Real Estate Agents" agent Aaron Bostic admits that Defendant trained him calling expireds: "after attending a month long, at the success center, I definitely honed my skills. I'm a lot better on the phone, and more importantly and consistently booking two appointments a week through either expireds, for sale by owners, or just listed, or just solds."[31]

37.     In a training video titled "Ensuring 2022 Success" Mark Stark states "If the market slows, what things will happen? Potentially there will be more expired listings that will hit the market. That's an opportunity I can leverage if I choose to." [32]

38.     None of the aforementioned training videos contain any guidance or mention of the DNC and that agents should first check before calling whether a phone number is registered on the DNC. As a result, BHHS real estate agents are in effect being directed to and placing unsolicited calls to consumers with expired property listings even if those consumers have registered their phone numbers on the DNC like Plaintiff Usanovic.

---

[28] https://www.youtube.com/watch?v=xZw0rPTG3f0&t=49s
[29] https://www.youtube.com/watch?v=xZw0rPTG3f0&t=49s
[30] https://www.youtube.com/watch?v=X0WRnCPCWS8&t=16s
[31] https://www.youtube.com/watch?v=jIqkxGJbfrE&t=104s
[32] https://www.youtube.com/watch?v=tjTlbLqpHLM&t=314s

**Defendant BHHS Directs Its Real Estate Agents To Source Consumer Phone Numbers
Using Systems Like RedX and Landvoice**

39.     Defendant BHHS not only trains its agents to call expireds, but it also specifically instructs its agents which programs to purchase to find and call phone numbers associated with expired listings like RedX and Landvoice.

40.     Both RedX and Landvoice are companies who collect leads based on expired listings from the MLS and reverse lookup a consumer's cell phone number associated with the expired listing, and in exchange for a subscription fee, provide those phone numbers to real estate agents to call those phone numbers.[33] [34]

41.     The phone numbers that RedX and Landvoice provide to real estate agents have not provided consent to be called and include numbers on the DNC. Despite this fact, Stark and Berube in their capacity as CEO and instructor for Defendant, regularly instruct their real estate agents to generate business using RedX and Landvoice.

42.     Stark provided a 2-part series on "What Should I Do Now To Get Immediate Business"[35] on the BHHS YouTube channel for Nevada and also on the MyRE.TV website for BHHS agents.[36] 2 minutes into part 2 of the series, Stark addresses consumers with old expired listings stating, "***Reach out to them to speak to them. There's a company called the RedX***. If you need information on it, reach out to our VP of Sales, Rick Berube. He can give you all the information on it." "***Rick might even be able to help you out with the discount.***" (emphasis added).

43.     As per the above, Berube does provide training and promotes RedX and Landvoice to BHHS real estate agents. Berube posted a training video on the BHHS Youtube channel entitled – "Rick Berube – Old Expired Listings."[37] In this video, Berube explains how a real estate agent can look 4 years into the past, telling agents not to go on the MLS. Rather,

---

[33] https://www.redx.com/products/expired-leads-2/
[34] https://www.landvoice.com/
[35] https://www.youtube.com/watch?v=4wCFJsFo6dc
[36] http://myre.tv/what-should-i-do-now-to-get-immediate-business-part-1/
[37] https://www.youtube.com/watch?v=E7HnZ5PXM2c

"***Landvoice***, Mojo… *__I know Vulcan7 does this__*. The easiest one I can think of is RedX. ***RedX does this***."[38] Berube then provides script examples of how to place a cold call to consumers with an expired listing, encouraging agents to call consumers consistently stating, "They're going to recognize you over time ***calling consistently***."[39] (emphasis added)

44.     Numerous consumers have posted complaints online about unsolicited calls that they received from BHHS real estate agents, including calls placed to phone numbers that are registered on the DNC, including:

- "I am on the Federal Do Not Call list. These people keep cold calling me asking if I want to sell my home. I always tell them to stop calling but the next day there is another call. These people work from home and have nothing better to do than to cold call people with their SCAM. Rude and unprofessional. I would NEVER consider listing a property with someone who cold calls me. Who are these people and how do they get away with their SCAM?"[40]

- "Not selling my house"[41]

- "Unsolicited call"[42]

- "Berkshire Hathaway realtor"[43]

- "nuisance call"[44]

- "Verbatim Spam voicemail:
  "Hi, this is Shannon gala borrow from Berkshire Hathaway home Services, California properties. As I'm sure you know the market has shifted dramatically in the last year. If you're in the market to sell or just curious to know the value of your home. Please give me a call"
  Also uses the phone number: 818-738-0345"[45]

---

[38] Id. – 1 minute, 41 seconds
[39] Id. – 4 minutes, 6 seconds
[40] https://www.yelp.com/biz/berkshire-hathaway-homeservices-nevada-properties-henderson-3
[41] https://lookup.robokiller.com/p/702-458-8888
[42] https://www.shouldianswer.com/phone-number/7023621111
[43] https://www.shouldianswer.com/phone-number/7024618280
[44] Id.
[45] https://800notes.com/Phone.aspx/1-818-738-0345

- "They want to buy my home.  Next realtor that calls, I'm going to ask for their home number so I can call and annoy them when they are off work."[46]

**Defendant BHHS Provides Its Agents with Training Materials Including Scripts to Use When Cold Calling Consumers**

45.     Berube, VP of Sales of Defendant BHHS offers a number of courses on RE Academy, many of which include training on placing calls to consumers with expired property listings.

46.     RE Academy made available to BHHS agents specifically provides agents with scripts that are used in cold call scenarios such as when calling a consumer with an expired listing, a FSBO consumer, or a consumer with a just sold or just listed property:

**REFER TO THE SUCCESS CENTER SCRIPTS FOR THE FOLLOWING:**
- ▶ Just Sold
- ▶ Just Listed
- ▶ Powerful Closes for Prospecting
- ▶ Sphere of Influence – Past Client
- ▶ SOI/Past Client Script – Those you haven't talked to in awhile
- ▶ New Agent Sphere of Influence
- ▶ FSBO Script
- ▶ FSBO Objection Handlers
- ▶ Expired Listing Script 1
- ▶ Expired Listing Script 2
- ▶ Powerful Closes for Expireds
- ▶ Property Search Script
- ▶ Property Watch Script

47.

---

[46] https://800notes.com/Phone.aspx/1-702-458-8888

1      48.     In Defendant's "Book of Everything"[47] Defendant provides detailed scripts to its

2 agents to practice, role play, and to call for "expired listings" including an "EXPIRED SCRIPT,"

3 "*Alternative* Expired/Withdrawn," "Powerful Closes for Expired/Withdrawn"

# Success Center
## Contents

| | Page # |
|---|---|
| Coaching Call Information……………………………………… | 3 |
| Power of Communication……………………………………… | 4 |
| How to Role Play Effectively………………………………… | 5 |
| How to Learn Scripts………………………………………… | 5 |
| How to Prepare for Lead Generation ……………………… | 5 |
| Affirmations ………………………………………………… | 6 |
| Just Sold Script. …………………………………………… | 9 |
| Just Listed Script ………………………………………… | 10 |
| Powerful Closes for Expired/Withdrawn Prospecting……………… | 11 |
| Quick Powerful Closes for Expired/Withdrawn Listings………… | 12 |
| Sphere of Influence/Past Client…………………………… | 13 |
| Sphere of Influence/New Agent…………………………… | 14 |
| Sphere of Influence Not Called In a Longtime…………………… | 15 |
| Expired Script…………………………………………… | 17 |
| Alternative Expired/Withdrawn Script…………………………… | 18 |
| Powerful Closes for Expired/Withdrawn………………………… | 19 |
| FSBO Script………………………………………………… | 21 |
| Alternative FSBO Script…………………………………… | 22 |
| FSBO Preview Script……………………………………… | 23 |
| FSBO Objection Handlers………………………………… | 24-25 |
| Buyer Script……………………………………………… | 26 |
| Motivation Script………………………………………… | 27 |
| Hot Buyer Script………………………………………… | 28 |
| 2nd Home Owner/Investor………………………………… | 29 |
| Tenant Occupied………………………………………… | 30 |
| Property Search Script…………………………………… | 31 |
| Home Value Watch Script………………………………… | 31 |
| Prequalifying the Listing Presentation…………………………… | 32 |
| One Minute Listing Presentation………………………………… | 33 |
| The Listing Presentation……………………………………… | 34-35 |
| Price Objections for the Listing Presentation…………………… | 36 |
| Common Objections for the Listing Presentation………………… | 37-40 |
| Bonus Listing Presentation Objection Handlers………………… | 41 |
| Price Reduction Script…………………………………… | 42 |
| Personality Types………………………………………… | 43-50 |
| Lead Generation Form…………………………………… | 51 |
| Daily Account Log……………………………………… | 52 |
| Buyer Prequal/Buyer Presentation………………………… | 53-55 |
| Phone Number Resources/Dialer Systems……………………… | 56 |

---

[47] Available for download here:
https://www.dropbox.com/s/gnqr3izlwrglurw/Book%20of%20Everything.pdf?dl=0

49.    At the end of the book, Defendant provides "Where to Get Number" to call which includes Landvoice, Cole Realty Resource, which are subscriptions realtors can subscribe to get list of phone numbers of consumers with expired listings, including phone numbers on the DNC.[48]

### *WHERE TO GET NUMBERS*

| | | |
|---|---|---|
| Landvoice | Ultimatewhitepages.com | Whitepages.co |
| Zabasearch.com | Anywho.com | Intelus.com |
| Lead senders | Infousa.com | Dogpile.com |
| Reap007.com | Bressers.com | 411.com |
| Peoplesearch.com | phonenumber.com | |
| Cole Realty Resource | | |

### PLAINTIFF USANOVIC'S ALLEGATIONS

50.    Plaintiff Usanovic registered her cell phone number on the DNC on June 25, 2005.

51.    Plaintiff Usanovic's cell phone number is not associated with a business and she uses it as one would use a home landline phone number.

52.    Plaintiff Usanovic has owned her cell phone number since at least 2005.

53.    Plaintiff Usanovic had a property listed for sale using a real estate agent that is not affiliated with Berkshire Hathaway. Plaintiff has been working with this same real estate agent since 2014 and has no desire to work with any other realtor.

54.    Plaintiff Usanovic's property listing expired in February of 2023. As soon as it expired, Plaintiff was flooded with unsolicited calls to her cell phone from real estate agents soliciting her to relist her property with them.

55.    Plaintiff Usanovic received more unsolicited calls from Defendant BHHS real estate agents than she did from any other brokerage/company.

---

[48] https://www.dropbox.com/s/gnqr3izlwrglurw/Book%20of%20Everything.pdf?dl=0

56. On February 14, 2023 at 8:20 AM, Plaintiff Usanovic received an unsolicited call to her cell phone from Mladen Zoranovic, a BHHS real estate agent, from phone number 702-812-1432. Zoranovic was calling because she knew Plaintiff's property listing had expired and she was calling to solicit Plaintiff's business so she would relist her property with her.

57. According to the BHHS website, 702-812-1432 is the direct number for Mladen Zoranovic:

**Mladen Zoranovic**

SALES ASSOCIATE

mladenz@bhhsnv.com

Direct: (702) 812-1432

CONTACT ME

[49]

58. 1 minute later, on February 14, 2023 at 8:21 AM, Plaintiff Usanovic received a 2nd unsolicited call to her cell phone. This call was from 702-458-8888, a phone number directly associated with Defendant BHHS:

BERKSHIRE HATHAWAY HOMESERVICES | ARIZONA PROPERTIES / CALIFORNIA PROPERTIES / NEVADA PROPERTIES

BUY ▾     SELL ▾     AGENTS & OFF

Enter City, Address, Zip/Postal Code, Neighborhood, School Or MLS#     SEARCH     PRICE ▾     ANY BEDS ▾     ANY BATHS ▾     SQU

# Berkshire Hathaway HomeServices Nevada Properties

main  (702) 458-8888  |  fax  (702) 458-5276

LOCATION

3185 St. Rose Pkwy. Ste. 100
Henderson, NV 89052   [50]

[49] https://www.bhhs.com/arizona-properties-california-properties-and-nevada-properties-nv301/las-vegas/mladen-zoranovic/cid-3029293
[50] https://www.bhhs.com/nevada-properties-nv301/henderson/oid-nv301-005

59. Plaintiff spoke to this BHHS real estate agent and specifically asked for her cell phone number to be removed from the company call list.

60. Despite her clear stop request, Plaintiff was still bombarded with more unsolicited calls from BHHS real estate agents.

61. On February 14, 2023 at 8:39 AM, Plaintiff Usanovic received a 3rd unsolicited call to her cell phone from a BHHS real estate agent, this time from phone number 702-301-5634. Plaintiff did not answer this call, as she was frustrated because of the unsolicited calls she had already received from BHHS agents.

62. According to the BHHS website, 702-301-5634 is the direct number for BHHS's agent Ingrid Wilson:



**Ingrid Wilson**

SALES ASSOCIATE

ingridgw@bhhsnv.com

Direct: (702) 301-5634

CONTACT ME  f

51

63. On February 14, 2023 at 3:56 PM, Plaintiff received a 4th unsolicited call to her cell phone from a BHHS real estate agent, from phone number 702-972-5782. The agent identified himself as Michael Owens with Berkshire Hathaway HomeServices. He knew that Plaintiff's listing had expired and was calling to solicit her business so she would relist with him.

64. On the BHHS website, phone number 702-972-5782 is listed as the cell phone number for Michael Owens, a BHHS real estate agent:

---

51 https://www.bhhs.com/arizona-properties-california-properties-and-nevada-properties-nv301/henderson/ingrid-wilson/cid-3017118



**BERKSHIRE HATHAWAY** | NEVADA PROPERTIES
HOMESERVICES

SEARCH⌄   BUYERS⌄   SEL

## Michael Owens
Broker Salesperson /
REALTOR®

Sahara Office
7475 West Sahara Avenue, Suite 100
Las Vegas, NV 89117

Mobile: **(702) 972-5782**

License#: **NV 0144849**

[52]

65. On February 14, 2023 at 5:41 PM, Plaintiff received a 5th unsolicited call to her cell phone from a BHHS real estate agent, from phone number 702-758-4542. This call was not answered.

66. Plaintiff Usanovic's attorneys called 702-758-4542 and got to the voicemail of a real estate agent named Henry who states that he works for Berkshire Hathaway HomeServices.

67. On February 15, 2023 at 8:02 AM, Plaintiff received a 6th unsolicited call to her cell phone from a BHHS real estate agent, from phone number 725-712-0478. The agent identified himself as John Williams with Berkshire Hathaway HomeServices. He knew that Plaintiff's listing had expired and was calling to solicit her business so she would relist with him. Plaintiff told Williams to remove her number from his calling list.

68. The BHHS websites shows that 702-498-9338 is the direct number for John Williams:

---

[52] https://www.bhhsnv.com/real-estate-agent/3012/michael-owens



**John W. Williams V**

SALES ASSOCIATE

**Luxury Property Specialist**

johnw1@bhhsnv.com

Direct: (702) 498-9338

[ CONTACT ME ]   f  🐦  📷  in  ♪   53

69.     Plaintiff received 3 more unsolicited calls on February 15th from 702-854-0864 at 9:16 AM and twice at 9:17 AM. None of these calls were answered.

70.     According to the BHHS website, 702-854-0864 belongs to Vangie Genio, a BHHS real estate agent:



71.     On February 20, 2023 at 12:34 PM, Plaintiff received a 10th unsolicited call from a BHHS real estate agent, from phone number 702-283-9691. This call was not answered.

72.     According to the BHHS website, 702-283-9691 is the direct number for Tina Gibson, a BHHS real estate agent:

---

53 https://www.bhhs.com/arizona-properties-california-properties-and-nevada-properties-nv301/las-vegas/john-williams/cid-1038477
54 https://www.bhhsnv.com/real-estate-agent/3485/vangie-genio



**Tina Gibson**

SALES ASSOCIATE

tinagibsonlv@gmail.com

Direct: (702) 283-9691

| CONTACT ME |  f

55

73.    On April 17, 2023 at 9:30 AM, Plaintiff received an 11th unsolicited call from a BHHS real estate agent to her cell phone, from 702-362-1111. The call was from a real estate agent who identified herself as being an agent for Berkshire Hathaway HomeServices. She knew that Plaintiff's listing had expired and was calling to solicit her business so she would relist with her. Plaintiff Usanovic told the agent that her phone number is on the DNC and that she should not be calling her.

74.    According to the BHHS website, 702-362-1111 is owned/operated by the BHHS Sahara Office:

---

[55] https://www.bhhs.com/arizona-properties-california-properties-and-nevada-properties-nv301/las-vegas/tina-gibson/cid-3032527

**BERKSHIRE HATHAWAY** | NEVADA PROPERTIES
HOMESERVICES

SEARCH▾   BUYERS▾   SELLERS▾

## Sahara Office

7475 West Sahara Avenue, Suite 100
Las Vegas, NV 89117

**(702) 362-1111**

Mary Kullman, Office Manager

EMAIL ME

Amanda Lopez, Office Manager

EMAIL ME

56

75.     On April 28, 2023 at 10:59 AM, Plaintiff received a 12th unsolicited call from a BHHS real estate agent to her cell phone, from 702-362-1111. The call was from a real estate agent who identified himself as Jourdain, an agent for Berkshire Hathaway HomeServices. He knew that Plaintiff's listing had expired and was calling to solicit her business so she would relist with him. Plaintiff Usanovic told Jourdain that her phone number is on the DNC and that he should not be calling her.

76.     According to the BHHS website, Jourdain Taylor-Jackson is a BHHS real estate agent:

---

[56] https://www.bhhsnv.com/real-estate-office/101/sahara-office

| | | |
|---|---|---|
| JOSEPH DICELLO | JOSEPH LAGER | JOURDAIN TAYLOR-JACKSON |
| License#: NV 0053234 | REALTOR® | Sales Executive |
| Sahara Office | License#: S.0190435 | License#: S.0199228 |
| Mobile: (702) 271-0939 | Sahara Office | Sahara Office |
| View Profile | Mobile: (702) 672-7418 | Mobile: (702) 266-5092 |
| | View Profile | View Profile |

77.     In total, Plaintiff Usanovic had at least 9 different BHHS real estate agents contact her about her expired property listing despite the fact that her cell phone number is registered on the DNC.

78.     The fact that Plaintiff received so many unsolicited calls from different agents, despite having her phone number registered on the DNC, reveals the nature of the training BHHS provides to its real estate agents, as was described above in this Complaint.

79.     Plaintiff Usanovic has never done business with BHHS. She has never provided her cell phone number to a BHHS real estate agent or office.

80.     The unauthorized solicitation calls that Plaintiff received from BHHS, as alleged herein, have harmed Plaintiff Usanovic in the form of annoyance, nuisance, and invasion of privacy, and disturbed the use and enjoyment of her phone, in addition to the wear and tear on the phone's hardware (including the phone's battery) and the consumption of memory on the phone.

---

[57] https://www.bhhsnv.com/real-estate-agents/inoffice-101/sort-n/8

81.     In addition, Plaintiff was very frustrated by the early morning and persistent calls that she received from BHHS real estate agents, especially after she asked to be removed from the calling list and still received additional calls from other agents.

82.     Seeking redress for these injuries, Plaintiff Usanovic, on behalf of herself and Classes of similarly situated individuals, brings suit under the TCPA.

## CLASS ALLEGATIONS

83.     Plaintiff Usanovic brings this action pursuant to Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3) and seeks certification of the following Classes:

**<u>Do Not Call Registry Class:</u>** All persons in the United States who from four years prior to the filing of this action through class certification (1) BHHS or agents on its behalf called on more than one time, (2) within any 12-month period, (3) where the person's residential telephone number had been listed on the National Do Not Call Registry for at least thirty days, (4) for substantially the same reason Defendant called Plaintiff.

**<u>Internal Do Not Call Class:</u>** All persons in the United States who from four years prior to the filing of this action through class certification (1) BHHS or agents on its behalf called more than one time on their residential telephone number, (2) within any 12-month period (3) for substantially the same reason Defendant called Plaintiff, (4) including at least once after the person requested that they stop calling.

84.     The following individuals are excluded from the Classes: (1) any Judge or Magistrate presiding over this action and members of their families; (2) Defendant, its subsidiaries, parents, successors, predecessors, and any entity in which either Defendant or its parents have a controlling interest and their current or former employees, officers and directors; (3) Plaintiff's attorneys; (4) persons who properly execute and file a timely request for exclusion from the Classes; (5) the legal representatives, successors or assigns of any such excluded persons; and (6) persons whose claims against the Defendant have been fully and finally adjudicated and/or released. Plaintiff Usanovic anticipates the need to amend the Class definitions following appropriate discovery.

85.     **Numerosity**: On information and belief, there are hundreds, if not thousands of members of the Classes such that joinder of all members is impracticable.

86.    **Commonality and Predominance**: There are many questions of law and fact common to the claims of the Plaintiff and the Classes, and those questions predominate over any questions that may affect individual members of the Classes. Common questions for the Classes include, but are not necessarily limited to the following:

(a)    Whether Defendant's conduct violated the TCPA;

(b)    Whether Defendant and its agents placed multiple calls within a 12-month period to Plaintiff and other consumers whose telephone numbers were registered with the DNC for at least 30 days of the time of each call;

(c)    whether Defendant engaged in telemarketing without implementing adequate internal policies and procedures for maintaining an internal do not call list;

(d)    whether members of the Classes are entitled to treble damages based on the willfulness of Defendant's conduct.

87.    **Adequate Representation**: Plaintiff Usanovic will fairly and adequately represent and protect the interests of the Classes, and has retained counsel competent and experienced in class actions. Plaintiff Usanovic has no interests antagonistic to those of the Classes, and Defendant has no defenses unique to Plaintiff. Plaintiff Usanovic and her counsel are committed to vigorously prosecuting this action on behalf of the members of the Classes, and have the financial resources to do so. Neither Plaintiff Usanovic nor her counsel have any interest adverse to the Classes.

88.    **Appropriateness**: This class action is also appropriate for certification because Defendant acted or refused to act on grounds generally applicable to the Classes and as a whole, thereby requiring the Court's imposition of uniform relief to ensure compatible standards of conduct toward the members of the Classes and making final class-wide injunctive relief appropriate. Defendant's business practices apply to and affect the members of the Classes uniformly, and Plaintiff's challenge of those practices hinges on Defendant's conduct with respect to the Classes as wholes, not on facts or law applicable only to Plaintiff Usanovic.

89.     Additionally, the damages suffered by individual members of the Classes will likely be small relative to the burden and expense of individual prosecution of the complex litigation necessitated by Defendant's actions. Thus, it would be virtually impossible for the members of the Classes to obtain effective relief from Defendant's misconduct on an individual basis. A class action provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

**FIRST CLAIM FOR RELIEF**
**Telephone Consumer Protection Act**
**(Violation of 47 U.S.C. § 227)**
**(On Behalf of Plaintiff Usanovic and the Do Not Registry Class)**

90.     Plaintiff repeats and realleges the prior paragraphs of this Complaint and incorporates them by reference herein.

91.     The TCPA's implementing regulation, 47 C.F.R. § 64.1200(c), provides that "[n]o person or entity shall initiate any telephone solicitation" to "[a] residential telephone subscriber who has registered her or her telephone number on the national do-not-call registry of persons who do not wish to receive telephone solicitations that is maintained by the federal government."

92.     Any "person who has received more than one telephone call within any 12-month period by or on behalf of the same entity in violation of the regulations prescribed under this subsection may" may bring a private action based on a violation of said regulations, which were promulgated to protect telephone subscribers' privacy rights to avoid receiving telephone solicitations to which they object.  47 U.S.C. § 227(c).

93.     Defendant violated 47 C.F.R. § 64.1200(c) by initiating, or causing to be initiated, telephone solicitations to telephone subscribers such as Plaintiff Usanovic and the Do Not Call Registry Class members who registered their respective telephone numbers on the National Do Not Call Registry, a listing of persons who do not wish to receive telephone solicitations that is maintained by the federal government.

94.     Defendant violated 47 U.S.C. § 227(c)(5) because Plaintiff Usanovic and the Do

Not Call Registry Class received more than one telephone call in a 12-month period made by or on behalf of the Defendant in violation of 47 C.F.R. § 64.1200, as described above.

95.     As a result of Defendant's conduct as alleged herein, Plaintiff Usanovic and the Do Not Call Registry Class suffered actual damages and, under section 47 U.S.C. § 227(c), are entitled, inter alia, to receive up to $500 in damages for such violations of 47 C.F.R. § 64.1200.

96.     To the extent Defendant's misconduct is determined to be willful and knowing, the Court should, pursuant to 47 U.S.C. § 227(c)(5), treble the amount of statutory damages recoverable by the members of the Do Not Call Registry Class.

## SECOND CLAIM FOR RELIEF
### Telephone Consumer Protection Act
### (Violation of 47 U.S.C. § 227)
### (On Behalf of Plaintiff Usanovic and the Internal Do Not Call Class)

97.     Plaintiff repeats and realleges the prior paragraphs of this Complaint and incorporates them by reference herein.

98.     Under 47 C.F.R. § 64.1200(d), "[n]o person or entity shall initiate any call for telemarketing purposes to a residential telephone subscriber unless such person or entity has instituted procedures for maintaining a list of persons who request not to receive telemarketing calls made by or on behalf of that person or entity. The procedures instituted must meet the following minimum standards:

> (1) Written policy. Persons or entities making calls for telemarketing purposes must have a written policy, available upon demand, for maintaining a do-not-call list.

> (2) Training of personnel engaged in telemarketing. Personnel engaged in any aspect of telemarketing must be informed and trained in the existence and use of the do-not-call list.

> (3) Recording, disclosure of do-not-call requests. If a person or entity making a call for telemarketing purposes (or on whose behalf such a call is made) receives a request from a residential telephone subscriber not to receive calls from that person or entity, the person or entity must record the request and place the subscriber's name, if provided, and telephone number on the do-not-call list at the time the request is made. Persons or entities making calls for telemarketing purposes (or on whose behalf such

calls are made) must honor a residential subscriber's do-not-call request within a reasonable time from the date such request is made. This period may not exceed thirty days from the date of such request. If such requests are recorded or maintained by a party other than the person or entity on whose behalf the telemarketing call is made, the person or entity on whose behalf the telemarketing call is made will be liable for any failures to honor the do-not-call request. A person or entity making a call for telemarketing purposes must obtain a consumer's prior express permission to share or forward the consumer's request not to be called to a party other than the person or entity on whose behalf a telemarketing call is made or an affiliated entity.

(4) Identification of sellers and telemarketers. A person or entity making a call for telemarketing purposes must provide the called party with the name of the individual caller, the name of the person or entity on whose behalf the call is being made, and a telephone number or address at which the person or entity may be contacted. The telephone number provided may not be a 900 number or any other number for which charges exceed local or long distance transmission charges.

(5) Affiliated persons or entities. In the absence of a specific request by the subscriber to the contrary, a residential subscriber's do-not-call request shall apply to the particular business entity making the call (or on whose behalf a call is made), and will not apply to affiliated entities unless the consumer reasonably would expect them to be included given the identification of the caller and the product being advertised.

(6) Maintenance of do-not-call lists. A person or entity making calls for telemarketing purposes must maintain a record of a consumer's request not to receive further telemarketing calls. A do-not-call request must be honored for 5 years from the time the request is made.

99.     Defendant placed calls to Plaintiff and members of the Internal Do Not Call Class without implementing internal procedures for maintaining a list of persons who request not to be called by the entity and/or by implementing procedures that do not meet the minimum requirements to allow Defendant to initiate telemarketing calls.

100.    The TCPA provides that any "person who has received more than one telephone call within any 12-month period by or on behalf of the same entity in violation of the regulations prescribed under this subsection may" bring a private action based on a violation of said regulations, which were promulgated to protect telephone subscribers' privacy rights to avoid receiving telephone solicitations to which they object. 47 U.S.C. § 227(c)(5).

101.    Defendant has, therefore, violated 47 U.S.C. § 227(c)(5). As a result of Defendant's conduct, Plaintiff and the other members of the Internal Do Not Call Class are each entitled to up to $1,500 per violation.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Usanovic individually and on behalf of the Classes, prays for the following relief:

102.    An order certifying this case as a class action on behalf of the Classes as defined above; appointing Plaintiff Usanovic as the representative of the Classes; and appointing her attorneys as Class Counsel;

103.    An award of actual and/or statutory damages and costs;

104.    An award of attorney's fees;

105.    An order declaring that Defendant's actions, as set out above, violate the TCPA;

106.    An injunction requiring the Defendant to cease all unsolicited calling activity, and to otherwise protect the interests of the Classes; and

107.    Such further and other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff Usanovic requests a jury trial.

DATED this 17th day of August, 2023.

> **KELLY USANOVIC**, individually and on behalf of all others similarly situated,
>
> By: /s/ *Jeffrey A. Cogan*
> Jeffrey A. Cogan, Esq.
> JEFFREY A. COGAN CHARTERED, a PLLC
> 1057 Whitney Ranch Drive, Suite 350
> Henderson, Nevada  89014-3191
> Telephone: (702) 474-4220

Facsimile: (702) 474-4228
Email: jeffrey@jeffreycogan.com

Avi R. Kaufman, Esq.*
KAUFMAN P.A
237 South Dixie Highway, Floor 4
Coral Gables, Florida 33133
kaufman@kaufmanpa.com
(305) 469-5881

*Counsel for Plaintiff and the putative Class*

*\*Pro Hac Vice motion forthcoming*