MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 004762
PATERNO C. JURANI, ESQ.
Nevada Bar No. 008136
OLSON CANNON GORMLEY & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, NV  89129
P:  (702) 384-4012
F:  (702) 383-0701
mstoberski@ocgas.com
pjurani@ocgas.com
Attorneys for Defendant
*Americana, LLC dba Berkshire Hathaway HomeServices Nevada Properties*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| KELLY USANOVIC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICANA, L.L.C., a Nevada company,<br><br>Defendants. | CASE NO.:  2:23-cv-01289-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
|---|---|

IT IS HEREBY STIPULATED AND AGREED between Plaintiff KELLY USANOVIC and Defendant AMERICANA, LLC dba BERKSHIRE HATHAWAY HOMESERVICES NEVADA PROPERTIES ("BHHS" or "Defendant"), by and through their undersigned counsel, that BHHS may have additional time to answer or otherwise respond to Plaintiff's Complaint. Good cause exists for this extension as defense counsel has been recently retained and requires time to become knowledgeable about the case to prepare an initial pleading. Therefore, the last day for BHHS to answer or otherwise respond to the Complaint is October 6, 2023.

/ / /

1

*Kelly Usanovic v. Americana, LLC*
*Case No.:  2:23-CV-01289-RFB-EJY*
*Stipulation and Order to Extend Time to Respond to Plaintiff's Complaint*

BHHS has not previously requested an extension of time to file and serve its response to Plaintiff's Complaint with respect to this matter.

Respectfully Submitted by:

DATED this 12th day of September, 2023.          DATED this 12th day of September, 2023.

OLSON CANNON GORMLEY & STOBERSKI


*/s/ Paterno C. Jurani, Esq.*                                  */s/ Jeffrey A. Cogan, Esq.*
MICHAEL E. STOBERSKI, ESQ.                      JEFFREY A. COGAN, ESQ.
Nevada Bar No. 004762                                      Nevada Bar No. 4569
PATERNO C. JURANI, ESQ.                              JEFFREY A. COGAN CHARTERED, a PLLC
Nevada Bar No. 008136
9950 W. Cheyenne Avenue                                 1057 Whitney Ranch Drive, Ste. 350
Las Vegas, Nevada 89129                                    Henderson, Nevada 89014-3191

Attorneys for Defendant                                      AVI R. KAUFAM, ESQ. (*Pro Hac Vice*
*Americana, LLC dba Berkshire Hathaway*       *forthcoming*)
*HomeServices Nevada Properties*                   Florida Bar No. 84382
                                                                              KAUFMAN P.A.
                                                                              237 South Dixie Highway, Floor 4
                                                                              Coral Gables, Florida 33133

                                                                              Attorneys for Plaintiff
                                                                              *Kelly Usanovic*

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendant should answer or otherwise respond to Plaintiff's Complaint on or before Friday, October 6, 2023.

DATED this <u>12th</u> day of September, 2023.

_____
THE HONORABLE ELAYNA J. YOUCHAH
United States Magistrate Judge