Jeffrey A. Cogan, Esq.
Nevada Bar No. 4569
JEFFREY A. COGAN CHARTERED, a PLLC
1057 Whitney Ranch Drive, Suite 350
Henderson, Nevada  89014-3191
Telephone: (702) 474-4220
Facsimile: (702)474-4228
Email: jeffrey@jeffreycogan.com

Avi R. Kaufman, Esq. (*pro hac vice*)
Florida Bar No. 84382
KAUFMAN P.A
237 South Dixie Highway, Floor 4
Coral Gables, Florida 33133
kaufman@kaufmanpa.com
(305) 469-5881

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **KELLY USANOVIC,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**AMERICANA, LLC** a Nevada company,<br><br>*Defendant*. | No. 2:23-cv-01289-RFB-EJY<br><br>**STIPULATION REGARDING MR. ZORANOVIC SUBPOENA COMPLIANCE** |

Plaintiff Kelly Usanovic and Subpoena Recipient Mladen Zoranovic hereby state, stipulate, and agree as follows:

1. On April 15, 2024, the Court granted Plaintiff's motion to compel compliance with her subpoena to Mr. Zoranovic and ordered that Mr. Zoranovic comply with the subpoena duces tecum by April 30, 2024. The Court further ordered that Plaintiff

is awarded reasonable fees and costs associated with preparing the motion to compel and reply thereto.

    2.    After issuance of the Order, counsel for Plaintiff and Mr. Zoranovic conferred and agreed to extend until May 14, 2024 the deadline for Mr. Zoranovic to produce documents responsive to the subpoena or otherwise comply with the Court's Order.

    3.    Plaintiff and Mr. Zoranovic also agreed to a payment of $1,000 by May 14, 2024 by Mr. Zoranovic to satisfy Plaintiff's fees in connection with seeking to enforce the subpoena.

So Stipulated.

Dated April 29, 2024.        Respectfully submitted,

By: /s/ *Avi R. Kaufman*
Avi R. Kaufman, Esq.
Florida Bar No. 84382
KAUFMAN P.A
237 South Dixie Highway, Floor 4
Coral Gables, Florida 33133
kaufman@kaufmanpa.com
(305) 469-5881

Jeffrey A. Cogan, Esq.
Nevada Bar No. 4569
JEFFREY A. COGAN CHARTERED, a PLLC
1057 Whitney Ranch Drive, Suite 350
Henderson, Nevada 89014-3191
Telephone: (702) 474-4220
Facsimile: (702) 474-4228
Email: jeffrey@jeffreycogan.com

*Counsel for Plaintiff and the putative Classes*

By: /s/ *Jason M. Wiley*
Jason M. Wiley, Esq.
Nevada Bar No. 9274
Wiley Petersen Law Offices
10000 W. Charleston Boulevard, Suite 230
Las Vegas, Nevada 89135
jwiley@wileypetersenlaw.com
702.910.3329

*Counsel for Mr. Zoranovic*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 29, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day via email to all counsel of record and via email to counsel for Mr. Zoranovic.

/s/ *Avi R. Kaufman*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 29, 2024

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE