PATERNO C. JURANI, ESQ.
Nevada Bar No. 008136
OLSON CANNON & GORMLEY
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
P: (702) 384-4012
F: (702) 383-0701
pjurani@ocgas.com
Attorneys for Defendant
*Americana, LLC dba Berkshire Hathaway Homeservice Nevada Properties*

TOMIO B. NARITA, ESQ. (admitted *pro hac vice*)
California Bar No.156576
R. TRAVIS CAMPBELL, ESQ. (admitted *pro hac vice*)
California Bar No. 271580
DOMINIC J. LUCA, ESQ. (admitted *pro hac vice)*
California Bar No.337702
WOMBLE BOND DICKINSON
50 California St., Ste. 2750
San Francisco, CA 94111
P: (415) 433-1900
Tomio.narita@wbd-us.com
Dominic.luca@wbd-us.com
Travis.campbell@wbd-us.com
Associated in for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELLY USANOVIC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICANA, L.L.C., a Nevada company,<br><br>Defendants. | CASE NO.: 2:23-cv-01289-RFB-EJY<br><br>**SUBSTITUTION OF ATTORNEY** |

Defendant AMERICANA, LLC dba BERKSHIRE HATHAWAY HOMESERVICE NEVADA PROPERTIES, hereby substitutes MICHAEL E. STOBERSKI, ESQ., of the law firm of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, 6689 Las Vegas Blvd. South,

1

Suite 200, Las Vegas, NV 89119, (702) 727-1400, as counsel of record in place and stead of the law firm of PATERNO C. JURANI, ESQ. of the law firm of OLSON CANNON & GORMLEY.

I consent to the above substitution.                     AMERICANA, LLC

Date: May 15, 2024                        Signature: _____

                                          Name: Darren Welsh GCAS NV4791

                                          Title: General Counsel, Assistant Secretary

I consent to the above substitution.      OLSON CANNON & GORMLEY

Date: 5/16/24                             Signature: _____
                                                    PATERNO C. JURANI, ESQ.

I consent to and accept the above         WILSON ELSER MOSKOWITZ EDELMAN &
substitution. I am duly admitted to       DICKER LLP
practice in this District.

Date: 5/15/24                             Signature: _____
                                                    MICHAEL E. STOBERSKI, ESQ.

Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT.

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Date: May 16, 2024

2